THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* CRAIG KIGHTLINGER, E. STARR GRAHAM, THURE C. PETERSON and H. L. TRUBENBACH, Appellants.

Argued May 18, 1950; decided July 11, 1950.

640

*Irving Galt, Menahem Stim, David B. Stillman* and *Joseph D. Stim* for appellants.

*Frank S. Hogan, District Attorney (Whitman Knapp* and *Edwin C. Hoyt, Jr.,* of counsel), for respondent.

Order affirmed; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, DYE, FULD and FROESSEL, JJ.